# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HERNANDEZ,<br>Plaintiff,<br>v.<br>FEDERAL EXPRESS CORPORATION,<br>Defendant. | Case No. 1:26-cv-08710-JLT-SAB<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 4) |

On November 13, 2026, Plaintiff filed a notice stating that he filed a motion to relate and/or consolidate cases in Chervinko v. Federal Express Corporation, Case No. 2:26-cv-01965-WBS-CSK (E.D. Cal.), the first-filed case in this District, and requested that the Court not take action on this case until the disposition of the motion to relate and/or consolidate. (ECF No. 4.)

In light of the pending motion, the Court GRANTS Plaintiff's request and HEREBY ORDERS:

1. The initial scheduling conference set for February 16, 2027, is VACATED;
2. **Within seven (7) days** of the ruling on the motion to relate and/or consolidate cases, Plaintiff shall file a status report including whether an initial scheduling conference should be reset.

IT IS SO ORDERED.

Dated: **November 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge